**Motion Denied, Appeal Dismissed, and Memorandum Opinion filed March 30, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00464-CV

---

### JOE Y. ROGERS, III, Appellant

### V.

### SANDRA ROGERS MILLER, AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF JOE Y. ROGERS, JR., Appellee

---

**On Appeal from the County Court at Law No. 4**
**Williamson County, Texas**
**Trial Court Cause No. 17-0461-CP4A**

---

### MEMORANDUM OPINION

This appeal is from an amended final judgment signed June 27, 2022. The clerk's record was filed September 16, 2022. The reporter's record was filed September 23, 2022. No brief was filed.

On January 19, 2023, this court granted a third extension of time for appellant

to file his brief and instructed appellant to file his brief by January 23, 2023 while warning appellant that no further extension would be granted absent exceptional circumstances. Instead, on January 30, 2023, appellant filed a fourth motion to extend time to file his brief, while not showing exceptional circumstances warranted the requested extension. Accordingly, on February 2, 2023, the court denied appellant's motion, ordered him to file his brief by February 23, 2023, and warned appellant that the appeal was subject to dismissal without further notice for want of prosecution if he did not timely file the brief as ordered. *See* Tex. R. App. P. 42.3(b).

On February 27, 2023, appellant filed a fifth motion for extension of time requesting that he be given until March 15, 2023 to file his brief. As of the date of this opinion, no further filings have been received from appellant. Accordingly, we deny the motion and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Zimmerer.